**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-709**

_____

In Re: JOHN CORDERO,

                                        Petitioner.

_____

On Petition for Writ of Mandamus. (CA-96-358-3)

_____

Submitted:  October 28, 1997        Decided:  November 26, 1997

_____

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

John Cordero, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Cordero, a federal prisoner, brought this petition for a writ of mandamus seeking an order directing the district court to take action on a pending motion, to hold an evidentiary hearing on an additional motion, and to forbid the district court from imposing sentence pending appeal. Because the district court subsequently denied Cordero's pending motion, this issue is moot. Regarding Cordero's desire to have this court order the district court to hold an evidentiary hearing and to stay sentencing pending appeal, we note that this court has no authority to order the district court to take such action. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988) (holding that mandamus relief may only be invoked when respondent is under clear duty to do act requested by petitioner). Accordingly, although we grant leave to appeal in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2